consideration in light of *United States* v. *Gaudin*, 515 U. S. 506 (1995).

No. 94–1931. EDMOND *v.* UNITED STATES. C. A. Armed Forces. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ryder* v. *United States*, 515 U. S. 177 (1995).

No. 94–2090. PACESETTER CONSTRUCTION CO., INC. *v.* CARPENTERS 46 NORTHERN CALIFORNIA COUNTIES CONFERENCE BOARD. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *First Options of Chicago, Inc.* v. *Kaplan*, 514 U. S. 938 (1995).

No. S–2. REES *v.* SUPERINTENDENT OF THE VIRGINIA STATE PENITENTIARY. C. A. 4th Cir. Certiorari dismissed.

No. 95–5066. BYRON *v.* ILLINOIS. Sup. Ct. Ill. Certiorari dismissed.

No. A–274. RELIGIOUS TECHNOLOGY CENTER *v.* F. A. C. T. NET, INC., ET AL. D. C. Colo. Application for stay pending appeal, addressed to JUSTICE SOUTER and referred to the Court, denied.

No. D–1526. IN RE DISBARMENT OF RUTLEDGE. Disbarment entered. [For earlier order herein, see 514 U. S. 1013.]

No. D–1531. IN RE DISBARMENT OF MADDOX. Disbarment entered. [For earlier order herein, see 514 U. S. 1060.]

No. D–1564. IN RE DISBARMENT OF MURASKI. Motion to defer further consideration of rule to show cause granted. [For earlier order herein, see 515 U. S. 1156.]

No. D–1571. IN RE DISBARMENT OF PECK. Disbarment entered. [For earlier order herein, see 515 U. S. 1172.].

No. D–1573. IN RE DISBARMENT OF HOPPMANN. Motion to defer further consideration of rule to show cause granted. [For earlier order herein, see 515 U. S. 1172.]